# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:** _____ |
| | : | |
| | : | **MAGISTRATE NO.:**   **19-mj-277** |
| **v.** | : | |
| | : | **VIOLATION:** |
| | : | |
| **JUN WEI YEO, also known as** | : | **18 U.S.C. § 951** |
| **DICKSON YEO,** | : | **(Acting in the United States as an Illegal** |
| | : | **Agent of a Foreign Government)** |
| **Defendant.** | : | |

### INFORMATION

Case: 1:20-cr-00087
Assigned To : Chutkan, Tanya S.
Assign. Date : 6/18/2020
Description: Information (A)

The United States Attorney charges that:

### COUNT ONE

Between in or around 2015 and in or around November 2019, in the District of Columbia and elsewhere, defendant JUN WEI YEO, also known as "DICKSON YEO," did act within the United States as an agent of a foreign government and foreign official, without prior notification to the Attorney General, whose office in the Department of Justice is located in the District of Columbia.

**(Acting in the United States as an Illegal Agent of a Foreign Government,** in violation of Title 18, United States Code, Section 951)

Michael R. Sherwin
Acting United States Attorney
N.Y. Bar No. 4444188

By:

Erik M. Kenerson
Assistant United States Attorney
U.S. Attorney's Office, National Security Section
Ohio Bar No. 82960
Erik.Kenerson@usdoj.gov