THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 20-CR-87 (TSC)** |
| : | |
| **JUN WEI YEO,** : | |
|    also known as **DICKSON YEO,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

On consideration of the government's unopposed motion, and for good cause shown, it is hereby:

**ORDERED** that, at least 24 hours before defendant Jun Wei Yeo is to be released from custody, the U.S. Marshals Service and the D.C. Department of Corrections shall notify U.S. Immigration and Customs Enforcement ("ICE") of the date and approximate time when the defendant is scheduled to be released from the custody of the D.C. Department of Corrections, so that ICE may take custody of the defendant.  The D.C. Department of Corrections shall release the defendant into ICE custody so long as ICE appears at the D.C. Department of Corrections by 11:59 p.m. on the date provided to ICE by the D.C. Department of Corrections as the defendant's expected release date.

Dated:  October 13, 2020

TANYA S. CHUTKAN
United States District Judge